PD-0453-15

NO. 06-14-00056 CR (FORMERLY 05-14-00342-CR)

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

RECEIVED IN
The Court of Appeals
Sixth District

MAY 0 5 2015

Texarkana, Texas
Debra Autrey, Clerk

GARY MOORE
APPELLANT

V.

THE STATE OF TEXAS
APPELLEE

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 14 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

MAY 15 2015

Abel Acosta, Clerk

APPELLANT'S MOTION FOR EXTENSION OF TIME FOR FILING APPELLANT'S PETITION FOR DISCRETIONARY REVIEW ON REVIEW OF CASE NUMBER 06-14-00056 CR IN THE SIXTH COURT OF APPEALS

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

THIS MOTION FOR EXTENSION OF TIME IS FILED ON BEHALF OF APPELLANT, GARY MOORE.

1) THE PURPOSE OF THE MOTION IS TO REQUEST THAT THE COURT GRANT APPELLANT AN ADDITIONAL 30 DAYS TO FILE APPELLANT'S PETITION FOR DISCRETION REVIEW DUE APRIL 17, 2015.

THE SIXTH COURT OF APPEALS AFFIRMED APPELLANT'S APPEAL AND REHEARING ON MARCH 17, 2015 THUS MAKING THE PDR DUE ON APRIL 17, 2015 TEX R. APP. P. 4. 1. (a) AND 68.2 (a). IF THIS MOTION IS GRANTED, THE PETITION WILL BE DUE MAY 17, 2015.

2) NO PREVIOUS MOTIONS FOR EXTENSION HAVE BEEN SOUGHT OR GRANTED FOR THIS PURPOSE.

3) THE CASE WAS DECIDED BY THE SIXTH COURT OF APPEALS, WHICH ENTERED JUDGMENT OF AFFIRMANCE ON MARCH 17, 2015.

4) IN THE SIXTH COURT OF APPEALS, THE CASE WAS STYLED GARY MOORE V. THE STATE OF TEXAS, THE NUMBER OF THE CASE WAS C6-14-00056 CR.

5) AS GROUNDS FOR GRANTING THIS MOTION APPELLANT ASSERTS I WANT TO FILE A PDR, BUT I'M NOT FAMILIAR WITH LAW AND THE PENAL INSTITUTION I AM INCARCERATED AT DON'T HAVE ADEQUATE LAW BOOKS I NEED TO FILE MY PDR. AND MY ATTORNEY CAN'T ASSIST ME UNLESS THIS COURT APPOINT HIM TO.

I AM UNABLE TO FILE APPELLANT PDR WITHOUT AN EXTENSION OF TIME. OFTEN TIMES BOOKS (LAW BOOKS) AT THE UNIT LIBRARY MUST BE ORDERED IF NOT IN STOCK WHICH REQUIRES WAITING ON CERTAIN BOOKS NEEDED TO BE PROVIDED.

6) DEFENDANT IS INCARCERATED AT THE TDCJ ALLRED UNIT IN IOWA PARK, TEXAS.

PREMISES CONSIDERED, APPELLANT PRAYS THAT THE COURT GRANT AN EXTENSION OF 30 DAYS TO PREPARE THE PETITION FOR DISCRETIONARY REVIEW IN THIS CASE, MAKING IT DUE MAY 17, 2015.

RESPECTFULLY SUBMITTED
GARY MOORE #1363198
2101 F.M. 369 N
IOWA PARK, TX. 76367

# CERTIFICATE OF SERVICE

ON APRIL 13TH, 2015 A COPY OF THIS MOTION WAS MAILED TO HON. JOHN ROLATER, CHIEF OF THE APPELLATE DIVISION OF THE COLLIN COUNTY DISTICT ATTORNEY'S OFFICE AT 2100 BLOOMDALE Rd. SUITE 200 McKINNEY, TEXAS 75071.

ANOTHER COPY WAS MAILED TO HON. LISA C. McMINN, STATE PROSECUTING ATTORNEY, CAPITOL STATION, AND P.O. BOX 12405, AUSTIN, TX. 78711

I ALSO MAILED A COURTESY COPY TO THE CLERK, SIXTH COURT OF APPEALS, 100 NORTH STATE LINE AVE. #20 TEXARKANA, TEXAS 75501.

ALL WERE MAILED BY U.S. MAIL, FIRST CLASS DELIVERY, POSTAGE PREPAID.

**COURT OF APPEALS**

*State of Texas*
**Sixth Appellate District**
100 North State Line Avenue #20
Texarkana, Texas , 75501



SHREVEPORT

LA 710
06 MAY '15
PM 2 L



UNITED STATES POSTAGE
PITNEY BOWES

02 1P $ 000.69⁰
0004477432   MAY 05  2015
MAILED FROM ZIP CODE 75501

78701161401

COURT OF CRIMINAL APPEALS
201 W. 14TH ST. SUITE 106
AUSTIN, TEXAS 78701